# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:14-cr-00063-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| MARCUS O. McEACHIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice [Doc. 18].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 18] is **GRANTED**, and the Bill of Information filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge